# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.

**HECTOR ROSARIO-RIVERA, et al.,**
    Defendants.

**Criminal Number:   12-333(FAB)**

## UNITED STATES' INFORMATIVE MOTION REGARDING PHYSICAL INSPECTION OF EVIDENCE

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by its attorneys and very respectfully states and prays as follows:

1.   The United States notifies that physical evidence will be available for inspection by defense counsels on July 10, 2012 from 9:00am to 5:00pm at the United States Attorney's Office.

WHEREFORE, the United States of America respectfully requests that this Honorable Court and the attorneys in this case take notice of the same.

In San Juan, Puerto Rico, this 26th day of June 2012.

ROSA EMILIA RODRIGUEZ-VÉLEZ
UNITED STATES ATTORNEY

*s/Olga B. Castellón*
**Olga B. Castellón**-223701
Assistant United States Attorney
U.S. Attorney's Office
Torre Chardón, Suite 1201
# 350 Carlos Chardón Ave.
Hato Rey, PR 00918
Tel.:  (787) 766-5656

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

  In San Juan, Puerto Rico, this 26th day of June 2012.

  *s/Olga B. Castellón*
**Olga B. Castellón**-223701
Assistant United States Attorney
U.S. Attorney's Office
Torre Chardón, Suite 1201
# 350 Carlos Chardón Ave.
Hato Rey, PR 00918
Tel.: (787) 766-5656